WISWELL v. TEFFT, *et al.*

In the case of Wiswell v. Tefft, *et al.,* [*ante, p.* 263,] it may be inferred from the statement of facts · that the contract set forth therein was introduced in evidence in the court below.   This is not the fact.   The record shows that this contract was set forth in the petition of plaintiff below, which allegation was denied in the answer.   The contract was neither offered nor introduced in evidence, and the only evidence touching it, was evidence of acts that might be deemed to have been done under it.

The only contract between Burgess and the Topeka Association, as found by the court below, is as follows:

` 11.   That one Henry B. Burgess, under the name and style of H. B. Burgess, on the 4th day of January, 1855,

became a member of the said Topeka Association by a vote of said association, and by subscribing the constitution and by-laws, and thereby, and by reason of the considerations paid and agreed to be paid to said association, the said Burgess became the owner of city interest to share No. 29 of the said Topeka Association, and the owner of all the title the said Topeka Association then had to said share No. 29, and that said Burgess still is a member of said association, and that he, the said Burgess, derived title in this manner, and no other.

12. That on the 28th day of May, 1856, F. L. Crane, Thos. G. Thornton, J. E. Greenwood and L. G. Cleveland were trustees of the said Topeka Association; that they, by virtue of their office and the powers conferred upon them by the constitution and by-laws of said association, and by virtue of said Burgess being admitted to membership as aforesaid, issued to said Burgess a certificate of membership of said share No. 29, in the words and figures following, to-wit:

" Share No. 29, Topeka Association : This certifies that H. B. Burgess is the owner of share No. 29, of the Topeka Association.

" Topeka, May 28, 1856.

" Signed,                    F. L. Crane,
                             "Thos. G. Thornton,
                             "J. E. Greenwood,
                             "L. G. Cleveland.
                                        " Trustees."